ALLAN B. DIAMOND (*Pro Hac Vice*)
CHRISTOPHER D. SULLIVAN (148083)
LESLEY A. HAWES (117101)
KAREN K. DIEP (305587)
DIAMOND McCARTHY, LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 692-5200
Email: adiamond@diamondmccarthy.com
    csullivan@diamondmccarthy.com
    lhawes@diamondmccarthy.com
    kdiep@diamondmccarthy.com

Special Litigation Counsel for Plaintiff,
International Manufacturing Group, Inc.,
a Liquidating Debtor, by and through
The Beverly Group, Inc., Plan Administrator

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>INTERNATIONAL MANUFACTURING GROUP, INC.,<br><br>    Debtor. | Dist. Ct. Case No. 2:17-cv-01695-MCE<br><br>Bk. Case No. 14-25820-D11<br><br>Chapter 11 |
| BEVERLY N. McFARLAND, Chapter 11 Trustee for International Manufacturing Group, Inc.,<br>    Plaintiff,<br><br>    vs.<br><br>BYRON L. YOUNGER, JR.; JANE YOUNGER; BYRON L. YOUNGER JR. FAMILY TRUST; WESTERN BUILDING SPECIALTIES OF SACRAMENTO; WESTERN BUSINESS SOLUTIONS INCORPORATED d/b/a WESTERN BATH & SHOWER INC.; THE ENTRUST GROUP, INC. FBO BYRON & JANE YOUNGER; and RELIABLE MEDICAL & DENTAL SALES, LLC,<br>    Defendants. | Adv. Proc. No. 15-02140<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Court has considered the *Stipulation For Dismissal With Prejudice* (the "Stipulation") filed on January 18, 2018 (Doc. No. 56), entered into by Plaintiff International Manufacturing Group, Inc., a Liquidating Debtor, by and through The Beverly Group, Inc., Plan Administrator ("Plaintiff"), by and through its undersigned counsel of record, and Defendants Byron L. Younger, Jr.; Jane, Younger; Byron L. Younger Jr. Family Trust; Western Building Specialties of Sacramento; Western Business Solutions Incorporated D/B/A Western Bath & Shower Inc.; and Reliable Medical & Dental Sales, LLC ("Defendants"), by and through their undersigned counsel of record. For the reasons stated in the Stipulation, and for good cause shown,

It is hereby ordered that:

1. The Stipulation is approved;
2. The Adversary Proceeding is DISMISSED, with prejudice, pursuant to the parties' settlement referenced in the Stipulation.

IT IS SO ORDERED.

Dated: January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE